DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOWE WILLIAMS, REBECCA WILLIAMS, JEFF D. VASTOLA,** and
**J. STUART KIRWIN, II,**
Appellants,

v.

**BRIAN K. CALLAHAN,** individually**, INTEGRATION CONCEPTS, INC.,**
and **BADGER METER, INC.,**
Appellees.

Nos. 4D18-2952 and 4D18-2953

[May 28, 2020]

Consolidated appeals and cross-appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet C. Croom, Judge; L.T. Case No. 562014CA00776.

Jeffrey D. Vastola of Vastola Legal, Palm Beach Gardens, and Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, for appellants.

Mark A. Cullen and Catherine A. Cullen of The Cullen Law Firm, P.A., West Palm Beach, for appellee Brian K. Callahan.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***